IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| TAMARYN AUBUCHON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COMPASS GROUP NORTH AMERICA, ) <br> d/b/a Morrison Healthcare, ) <br> LLC, ) <br> ) <br> Defendant. ) <br> _____) | CASE NO. CV418-021 |

## O R D E R

Before the Court is Plaintiff's Notice of Dismissal. (Doc. 12.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because Defendant has filed neither an answer nor motion for summary judgment in this case, Plaintiff's request is **GRANTED** and its claims against Defendant are **DISMISSED WITH PREJUDICE** with each party to bear its own fees and costs. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 2ND day of August 2018.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA